NOTICE OF APPEAL

\* \* \* \* \* \* \* \* \* \* \*

UNITED STATES DISTRICT COURT
FOR THE
Western DISTRICT OF Kentucky

United States Of America

Christopher Hisle

NOTICE OF APPEAL

3:14-CR-44-GNS
Docket No.

FILED
U.S. DISTRICT COURT CLERK
WESTERN DISTRICT OF KY
15 AUG 10 AM 11:41

Notice is hereby given that **Christopher Hisle**
(party)

hereby appeals to the United States Court of Appeals for the **6** Circuit from the decision (describe it) **Motion For Restitution**

entered in this action on the **4** day of **8**, 20 **15**.

_Christopher Hisle_
Signature

Christopher Hisle
Printed Name

FCI Hazelton P.O. Box 5000
Address

Bruceton Mills, WV 26525

Date: 8-4-2015



**FOX & SCOTT, PLLC**
517 Madison Ave.
Covington, Kentucky 41011
(859) 291-1000/(513) 591-2000
Facsimile: (859) 291-7306
www.foxscottlaw.com

Bradley W. Fox
J. Richard Scott

Licensed in Kentucky and Ohio

July 21, 2015

Christopher Hisle INMATE 15562-033
HAZELTON FCI
1640 Blue Sky Dr.
Bruceton Mills, WV 26525

**Re:  Restitution Order**

Dear Chris:

    Enclosed herein please find the copy of the Order issued by the Court and the new Judge that took over your case regarding the restitution. It is ordered that roughly over $200,000.00 in restitution to be paid once you are released from incarceration. You can appeal this restitution order, and the appeal must be filed within 30 days of July 8, 2015. I do not do federal appeals, so we would have to refer you to another attorney and have the Federal Public Advocacy Group handle the matter.

    The prosecutor's calculations set restitution over $900,000.00. Obviously we sought a much lower figure, less than $100,000.00. Unfortunately, the Judge, based upon the prosecutor's calculation seeking the minimum for the victims, ordered $213,440.00 restitution award to be paid.

    Should you have any questions about this memorandum after you have had the chance to review such, please feel free to contact my office.

Respectfully,

Bradley W. Fox

BWF/bsm
Enclosure

Christopher Hisle
FCI Hazelton
P.O. Box 5000
Bruceton Mills, WV
          26525

PITTSBURGH PA 150
05 AUG 2015 PM 4 L

United States Courthouse
601 West Broadway, Suite 106
Louisville KY 40202-2238

FILED US
US DISTRICT COURT
WESTERN DISTRICT OF KY
15 AUG 10 AM 11:41

Legal Mail

4020230453l