Nos. 15-5879/6080

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **FILED** |
| | ) | Oct 30, 2015 |
| Plaintiff-Appellee, | ) | DEBORAH S. HUNT, Clerk |
| | ) | |
| v. | ) | O R D E R |
| | ) | |
| CHRISTOPHER HISLE, | ) | |
| | ) | |
| Defendant-Appellant. | ) | |
| | ) | |
| | ) | |

Before: KEITH, BOGGS, and GIBBONS, Circuit Judges.

Christopher Hisle appeals the district court's July 9, 2015 post-judgment order granting restitution. In Appeal No. 15-5879, the clerk ordered Hisle to show cause why this appeal should not be dismissed as untimely. Hisle moved the district court for an extension of time to file his notice of appeal. The district court granted the motion, and ordered Hisle to file his notice of appeal within thirty days of its order. Hisle did so, resulting in Appeal No. 15-6080.

The district court's order granting Hisle's motion for extension of time renders his appeal in No. 15-5879 timely. *See United States v. Wrice*, 954 F.2d 406, 409−10 (6th Cir. 1992). Thus, his second appeal is a duplicate.

Nos. 15-5879/6080
-2-

The show-cause order in Appeal No. 15-5879 is **WITHDRAWN**, and that appeal shall proceed in the normal course. Appeal No. 15-6080 is **DISMISSED**, *sua sponte*, as a duplicate of Appeal No. 15-5879.

                                            ENTERED BY ORDER OF THE COURT

                                            Deborah S. Hunt, Clerk

# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

| | 100 EAST FIFTH STREET, ROOM 540 | |
|---|---|---|
| Deborah S. Hunt | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: October 30, 2015

Mr. Bradley W. Fox
Fox & Scott
517 Madison Avenue
Covington, KY 41011

Ms. Amanda E. Gregory
Office of the U.S. Attorney
717 W. Broadway
Louisville, KY 40202

Re: Case No. 15-6080, *USA v. Christopher Hisle*
Originating Case No. : 3:14-cr-00044-1

Dear Counsel,

The Court issued the enclosed (Order/Opinion) today in this case.

Sincerely yours,

s/Robin Baker
Case Manager
Direct Dial No. 513-564-7027

cc: Ms. Vanessa L. Armstrong
    Mr. Christopher Hisle

Enclosure

No mandate to issue